## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PRIORITY RECORDS LLC, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>RONNIE HAMMOND, )<br>)<br>Defendant. ) | NO. CIV-06-0738-HE |

### DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of **Eight Thousand Two Hundred Fifty Dollars ($8,250.00)**.

Defendant shall pay Plaintiffs' costs of suit herein in the amount of **Four Hundred Twenty Dollars ($ 420.00)**.

Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

"8 Ball," on album "Straight Outta Compton," by artist "NWA" (SR# 150-531);

"Boombastic," on album "Boombastic," by artist "Shaggy" (SR# 222-048);

"All the Small Things," on album "Enema of the State," by artist "Blink-182" (SR# 279-826);

"Mr. Brownstone," on album "Appetite for Destruction," by artist "Guns N Roses" (SR# 85-358);

"Any Man of Mine," on album "The Woman in Me," by artist "Shania Twain" (SR# 207-884);

"Hot Shot," on album "Hot Shot," by artist "Shaggy" (SR# 286-657);

"Dancing With Myself," on album "Billy Idol," by artist "Billy Idol" (SR# 39-673);

"Santa Monica," on album "Sparkle And Fade," by artist "Everclear" (SR# 279-015 );

"Something To believe In," on album "Flesh and Blood," by artist "Poison" (SR# 119-355);

"Killing in the Name," on album "Rage Against the Machine," by artist "Rage Against the Machine" (SR#152-061);

"Angel," on album "Hot Shot," by artist "Shaggy" (SR# 286-657 ); and

in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**IT IS SO ORDERED**.

Dated this 5th day of October, 2006.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE